IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICARDO CARILLO LEDESMA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SECRETARY MARKWAYNE MULLIN, et al. | : | NO. 26-8790 |
| | : | |

ORDER

AND NOW, this 19th day of November 2026, it is hereby ORDERED that petitioner Ricardo Carillo Ledesma shall not be transferred out of the Eastern District of Pennsylvania pending further order of this court.

BY THE COURT:

/s/ Harvey Bartle III
J.