IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICARDO CARILLO LEDESMA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SECRETARY MARKWAYNE MULLIN, | : | NO. 26-8790 |
| et al. | : | |

ORDER

AND NOW, this 24th day of November 2026, it is hereby ORDERED that the respondents shall show cause, on or before Tuesday, December 1, 2026, why the writ of habeas corpus should not be granted.

BY THE COURT:

/s/ Harvey Bartle III
J.